UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY HUCKNALL,

            Plaintiff,

-vs-                                                  Case No.  8:06-CV-789-T-24 TBM

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,

            Defendant.
_____/

## **ORDER**

This cause comes before the Court on Defendant's Response to Court's Order on March 14, 2007 (Doc. No. 8). On March 14, 2007, this Court issued an order in which it appointed Mary Lau as the mediator in this action since the parties never informed the Court of the mediator that they had selected (Doc. No. 7). In that order, the parties were directed to file a notice by March 26, 2007, advising the date of the parties' mediation.

Defendant advises that this case impassed during mediation on December 13, 2006, with mediator Robert H. Bonanno. However, no mediation report was ever filed. As such, the parties are directed to have Robert H. Bonanno prepare and file a mediation report by April 23, 2007.

Accordingly, it is **ORDERED AND ADJUDGED** the parties shall have to and including April 23, 2007, to file a mediation report. The Clerk is direct to terminate Mary A. Lau as the mediator in this case.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of April, 2007.

SUSAN C. BUCKLEW
United States District Judge

cc:   Counsel of Record
      Robert A. Bonanno
      Mary A. Lau